IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| BERT ALONZO SAYLOR, | ) |
| Plaintiff, | ) |
| vs. | ) CV 02-AR-3048-M |
| SHERIFF MAC HOLCOMB, CAPTAIN BROWN, and CAPTAIN WOODS, | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 7, 2003, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed without prejudice. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITHOUT PREJUDICE. A Final Judgment will be entered.

DONE this the 29th day of _____, 2003.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE